IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**                                                                                          **PLAINTIFF**

v.                                          3:22-CV-00339-BRW

**CRAIGHEAD COUNTY ASSESSOR'S OFFICE**                                          **DEFENDANT**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that Defendant "under evaluate[s] the price of houses for illegal [and] non-illegal immigrants" and "steal acreage from citizens."[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 5th day of January, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.